STATE OF LOUISIANA

VERSUS

ROBERTO LOPEZ

NO. 24-K-406

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 29, 2024

Linda Wiseman
First Deputy Clerk

---

**IN RE** ROBERTO LOPEZ

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 21-5762

---

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT GRANTED**

Relator, Roberto Lopez, seeks review of the trial court's August 28, 2024 ruling that overruled his objection to the admission of the lay opinion testimony of Erika Dupepe, the Executive Director of the Jefferson Children's Advocacy Center ("CAC") and a forensic interviewer. Relator contends that Ms. Dupepe should not be allowed to provide commentary and critique of the Florida CAC interview of the alleged victim as a lay person. He argues that Ms. Dupepe's testimony is prejudicial. He also argues that her testimony violates the purpose of La. C.E. art. 701, since she did not witness the actual interview, and it violates his right to confront his accusers.

At trial, it was established that the State does not intend to qualify Ms. Dupepe as an expert witness. The State asserted that a forensic interview was conducted in this case, and Ms. Dupepe will testify about forensic interviews and how they are

24-K-406

conducted. The State argued that Ms. Dupepe's testimony is relevant to the case because she is testifying to her reasonable knowledge based on her occupation.

The testimony of a lay witness, who is not testifying as an expert, in the form of opinions or inferences, is limited to those opinions or inferences that are rationally based on the perception of the witness and are helpful to a clear understanding of the testimony or the determination of fact at issue. La. C.E. art. 701; *State v. Keller*, 09-403 (La. App. 5 Cir. 12/29/09), 30 So.3d 919, 930-31, *writ denied*, 10-267 (La. 9/17/10), 45 So.3d 1041. Generally, a lay witness is permitted to draw reasonable inferences from his or her personal observations. *State v. Casey*, 99-23 (La. 1/26/00), 775 So.2d 1022, 1033, *cert. denied*, 531 U.S. 840, 121 S.Ct. 104, 148 L.Ed.2d 62 (2000). However, only experts are allowed to give opinion testimony in areas of specialized knowledge. *State v. Griffin*, 14-251 (La. App. 5 Cir. 3/11/15), 169 So.3d 473, 487. The trial court is vested with much discretion in determining which opinion testimony shall be received into evidence as lay or expert testimony. *State v. Nelson*, 14-252 (La. App. 5 Cir. 3/11/15), 169 So.3d 493, 507, *writ denied*, 15-685 (La. 2/26/16), 187 So.3d 468.

After review, we find the trial court abused its discretion in overruling Relator's objection and allowing Ms. Dupepe's lay opinion testimony. According to the State, the purpose of Ms. Dupepe's testimony is to provide information about forensic interviews and how they are conducted; however, she is not being offered as an expert witness in forensic interviews. Additionally, the practices and procedures for forensic interviews may vary from state to state. The State has not asserted that Ms. Dupepe has knowledge of the practices and procedures for forensic interviews conducted in Florida. Thus, the State has failed to prove the relevance of Ms. Dupepe's lay opinion testimony. If the State seeks to offer the testimony of Ms. Dupepe regarding forensic interviews in general and how they are conducted, it must first qualify her as an expert in forensic interviews. Moreover, the risk of prejudice

2

of Ms. Dupepe's lay opinion testimony in this matter will outweigh its questionable probative value. Accordingly, the writ application is granted.

Gretna, Louisiana, this 29th day of August, 2024.

**MEJ**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/29/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-406**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Anna L. Friedberg (Relator)

Thomas J. Butler (Respondent)
Darren A. Allemand (Respondent)
Mark D. Plaisance (Relator)

### MAILED

Remy V. Starns (Relator)
Attorney at Law
301 Main Street
Suite 700
Baton Rouge, LA 70825

Honorable Paul D. Connick, Jr.
(Respondent)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053

Christen DeNicholas (Relator)
Attorney at Law
Jefferson Parish Public Defender
848 Second Street
Third Floor
Gretna, LA 70053

Marcus J. Plaisance (Relator)
Attorney at Law
Post Office Box 1123
Prairieville, LA 70769

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7016 2070 0000 0954 8346

Remy V. Starns
Attorney at Law
301 Main Street
Suite 700
Baton Rouge, LA 70825
24-K-406                    08-29-24

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* — C. Date of Delivery |

1. Article Addressed to:

Remy V. Starns
Attorney at Law
301 Main Street
Suite 700
Baton Rouge, LA 70825
24-K-406                    08-29-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

9590 9402 2434 6249 3574 67

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 8346

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Christen DeNicholas
Jefferson Parish Public Defender
848 Second Street
Third Floor
Gretna, LA 70053
24-K-406                    08-29-24

9590 9402 2434 6249 3574 50

2. Article Number (Transfer from service label)

7016 2070 0000 0954 8353

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark D. Plaisance
Attorney at Law
Post Office Box 1123
Prairieville, LA 70769
24-K#486                    08-29-24

|||||||||||||||||||||||||||||||||||||||||

9590 9402 2434 6249 3574 74

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 8360

A. Signature

X _____    ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Mar D Plus          9/5/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt